PER CURIAM.

(No. 74-CC-294—Claimant )

NORTHWEST DODGE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 20, 1974.*

NORTHWEST DODGE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S.

Arkema, Jr., Assistant Attorney General, for Respondent.

Per Curiam.